UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80223-CIV-DIMITROULEAS

MARY MCLEAN,

    Plaintiff,

vs.

HEALTHY HALO INSURANCE
SERVICES, INC.

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulated Order of Dismissal With Prejudice [DE 14] (the "Stipulation"), filed herein on May 16, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **GRANTED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of May, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record